UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL HIMMEL, Derivatively on behalf of CENTRAL EUROPEAN DISTRIBUTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM V. CAREY, CHRISTOPHER BIEDERMANN, DAVID BAILEY, MARKUS SIEGER, MAREK E. FORYSIAK, N. SCOTT FINE, ROBERT P. KOCH and WILLIAM S. SHANAHAN,<br><br>Defendants,<br><br>and<br><br>CENTRAL EUROPEAN DISTRIBUTION CORPORATION, a Delaware Corporation,<br><br>Nominal Defendant. | Case No. 11-cv-06935-JBS-KMW<br><br>**APPLICATION AND ORDER FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY (L.Civ.R.6.1(b))** |

Application is hereby made for a Clerk's Order extending the time within which Defendant Marek E. Forysiak ("Defendant") may answer, move or otherwise reply to the Complaint filed by the Plaintiff, Daniel Himmel, Derivatively on behalf of Central European Distribution Corporation for a period of fourteen (14) days. In connection with the Defendant's application herein, it is hereby represented that:

1. No previous extension has been obtained;

2. The Summons and Complaint were served on Defendant on December 6, 2011; and

3. The time to Answer, Move or otherwise Reply presently expires on December 27, 2011.

Kenneth J. Cesta, Esq. (KJC-2389) /s/
HOAGLAND, LONGO, MORAN
 DUNST & DOUKAS, LLP
40 Paterson Street
New Brunswick, NJ 08901
Ph.: (732) 545-4717
Fx.: (732) 545-4579
kcesta@hoaglandlongo.com
*Attorneys for Defendant Marek E. Forysiak*

Dated: December 27, 2011

## ORDER

The above application, extending the time within which Defendant Marek E. Forysiak, may answer, move or otherwise reply to the Complaint filed by the Plaintiff for fourteen (14) days, or through and including January 10, 2012, is ORDERED GRANTED,

ORDER DATED: _____


WILLIAM T. WALSH, Clerk


By: _____
Deputy Clerk