Kenneth J. Cesta, Esq. (KJC-2389) /s/
HOAGLAND, LONGO, MORAN
  DUNST & DOUKAS, LLP
40 Paterson Street
New Brunswick, NJ 08901
Ph.: (732) 545-4717
Fx.: (732) 545-4579
kcesta@hoaglandlongo.com
*Attorneys for Defendant Marek E. Forysiak*

Dated: December 27, 2011

## ORDER

The above application, extending the time within which Defendant Marek E. Forysiak, may answer, move or otherwise reply to the Complaint filed by the Plaintiff for fourteen (14) days, or through and including January 10, 2012, is ORDERED GRANTED,

ORDER DATED: 12-27-11

WILLIAM T. WALSH, Clerk

By: _____
      Deputy Clerk