James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN,
 BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Brian J. Robbins
Felipe J. Arroyo
Shane P. Sanders
Gina Stassi
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, California 92101
(619) 525-3990

William C. Wright
THE WRIGHT LAW OFFICE, P.A.
301 Clematis Street, Suite 3000
West Palm Beach, Florida 33401
(561) 514-0904

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL HIMMEL, Derivatively on Behalf of CENTRAL EUROPEAN DISTRIBUTION CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>WILLIAM V. CAREY, CHRISTOPHER BIEDERMANN, DAVID BAILEY, MARKUS SIEGER, MAREK E. FORYSIAK, N. SCOTT FINE, ROBERT P. KOCH, and WILLIAM S. SHANAHAN,<br><br>        Defendants,<br><br>- and -<br><br>CENTRAL EUROPEAN DISTRIBUTION CORPORATION, a Delaware Corporation,<br><br>        Nominal Defendant. | Civil Action No. 1:11-cv-06935-JBS-KMW<br><br>**CERTIFICATE OF SERVICE** |

JAMES E. CECCHI, being of full age, hereby deposes and says:

I hereby certify that on this date, the following documents, which were electronically filed today with the United States District Court for the District of New Jersey on behalf of plaintiff Daniel Himmel:

1. Request for Voluntary Dismissal Without Prejudice; and

2. Certificate of Service.

One courtesy copy of the above documents was served via Federal Express on the Honorable Jerome B. Simandle.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the above statements are true and correct.

Dated: December 29, 2011

s/ James E. Cecchi
JAMES E. CECCHI