| | |
|---|---|
| James E. Cecchi | Brian J. Robbins |
| Lindsey H. Taylor | Felipe J. Arroyo |
| CARELLA, BYRNE, CECCHI, | Shane P. Sanders |
| OLSTEIN, BRODY & AGNELLO, PC | Gina Stassi |
| 5 Becker Farm Road | ROBBINS UMEDA LLP |
| Roseland, New Jersey 07068 | 600 B Street, Suite 1900 |
| (973) 994-1700 | San Diego, California 92101 |
| | (619) 525-3990 |

William C. Wright
THE WRIGHT LAW OFFICE, P.A.
301 Clematis Street, Suite 3000
West Palm Beach, Florida 33401
(561) 514-0904

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL HIMMEL, Derivatively on Behalf of CENTRAL EUROPEAN DISTRIBUTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM V. CAREY, CHRISTOPHER BIEDERMANN, DAVID BAILEY, MARKUS SIEGER, MAREK E. FORYSIAK, N. SCOTT FINE, ROBERT P. KOCH, and WILLIAM S. SHANAHAN,<br><br>Defendants,<br><br>- and -<br><br>CENTRAL EUROPEAN DISTRIBUTION CORPORATION, a Delaware Corporation,<br><br>Nominal Defendant. | Civil Action No. 11-6935(JBS)(KMW)<br><br><br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF ACTION <u>WITHOUT PREJUDICE</u>** |

PLEASE TAKE NOTICE THAT, pursuant to Fed.R.Civ.P. 41(a) and 23.1(c), plaintiff Daniel Himmel ("Plaintiff"), by and through his undersigned counsel, hereby requests approval

from the Court to voluntarily dismiss the above-captioned shareholder derivative action ("Action"), without prejudice.

In this matter, Plaintiff respectfully submits that notice is unnecessary to protect the interests of Central European Distribution Corporation (the "Company") and its shareholders because: (i) Plaintiff seeks dismissal without prejudice; (ii) the Company's interests will be unaffected because there is already another pending shareholder derivative case captioned *Yeung v. Carey, et al.*, Civil Action No. 11-6667(JEI)(KMW) (D.N.J. filed Nov. 11, 2011) that alleges virtually identical claims on behalf of the Company; (iii) in any event, there is ample time under the applicable statutes of limitations for other shareholders to commence actions on the same or similar grounds as the Action; (iv) there has been no settlement or compromise; (v) there has been no collusion among the parties; and (vi) neither Plaintiff nor his counsel has received nor will receive any consideration from the Company or the individual defendants for the dismissal.

For the foregoing reasons, Plaintiff respectfully requests that the Court approve his voluntary dismissal of this Action, without prejudice and without costs, pursuant to Rules 41(a) and 23.1(c), and without requiring notice of the dismissal to Company shareholders.

                CARELLA, BYRNE, CECCHI,
                OLSTEIN, BRODY & AGNELLO, PC
                Attorneys for Plaintiff

                By:   /s/ James E. Cecchi
                         JAMES E. CECCHI

Dated: December 29, 2011

Brian J. Robbins
Felipe J. Arroyo
Shane P. Sanders
Gina Stassi
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, California 92101
(619) 525-3990

William C. Wright
THE WRIGHT LAW OFFICE, P.A.
301 Clematis Street, Suite 3000
West Palm Beach, Florida 33401
(561) 514-0904

SO ORDERED this 3rd day of January, 2012

_/s/ Jerome B. Simandle_
JEROME B. SIMANDLE, U.S.D.J.

684622